No. 390. SEATTLE DOCK COMPANY, PLAINTIFF IN ERROR, *v.* SEATTLE AND LAKE WASHINGTON WATERWAY COMPANY ET AL.; and No. 391. CANNEL COAL COMPANY, PLAINTIFF IN ERROR, *v.* SEATTLE AND LAKE WASHINGTON WATERWAY COMPANY ET AL. In error to the Supreme Court of the State of Washington. Motions to dismiss or affirm submitted October 24, 1904. Decided October 31, 1904. *Per Curiam.* Judgments affirmed with costs. *New Orleans* v. *New Orleans Waterworks Company,* 142 U. S. 79; *Yesler* v. *Commissioners,* 146 U. S. 646; *Shively* v. *Bowlby,* 152 U. S. 1; *Allen* v. *Forrest,* 8 Washington, 700; *Mississippi Valley Trust Company* v. *Hafins,* 20 Washington, 272, and these cases, 77 Pac. Rep. 845. *Mr. R. A. Ballinger, Mr. M. A. Ballinger, Mr. J. T Ronald and Mr. Alfred Battle*

for the plaintiffs in error. *Mr. Julius F. Hale* and *Mr. Eugene Semple* for defendants in error.